

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

OCT 23 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Immanuel J. Kyle | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| (Name of the plaintiff or plaintiffs) | ) |
| | ) |
| v. | ) |
| | ) |
| Megan J. Brennan, Postmaster General, U.S. | ) |
| | ) |
| Postal Service | ) |
| | ) |
| | ) |
| (Name of the defendant or defendants) | ) |

**1:17-cv-07646**
**Judge Virginia M. Kendall**
**Magistrate Judge Young B. Kim**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ____Immanuel J. Kyle____ of the county of ____Cook____ in the state of ____Illinois____.

3. The defendant is __Megan J. Brennan, Postmaster General, United States Postal Service__, whose street address is __475 L'Enfant Plaza SW__,

(city) Washington (county)_____ (state) District of Columbia (ZIP) 20590

(Defendant's telephone number) ( 800 ) – 275-8777

4. The plaintiff sought employment or was employed by the defendant at (street address)

____7500 W. Roosevelt Road____ (city) Forest Park

(county) Cook (state) Illinois (ZIP code) 60130

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

  (a) ☐ was denied employment by the defendant.

  (b) ☐ was hired and is still employed by the defendant.

  (c) ■ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

  (month)_March_____, (day)_04_____, (year)_2017_____. (continuing violation)

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

  (a) The defendant is not a federal governmental agency, and the plaintiff [*check*

  *one box*] ☐ *has not* filed a charge or charges against the defendant
  ☐ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

  (i) ☐ the United States Equal Employment Opportunity Commission, on or about

    (month)_____ (day)_____ (year)_____.

  (ii) ☐ the Illinois Department of Human Rights, on or about

    (month)_____ (day)_____ (year)_____.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☐ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

  (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

  defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

■ Yes (month) July (day) 08 (year) 2017

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) July (day) 24 (year) 2017 .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ■ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ■ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c)☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)          (Title VII of the Civil Rights Act
(h) ☒ Retaliation, prior EEO activity; Retaliation, Workers' Compensation 1964 and 42 U.S.C. § 12203)

10.  If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.  Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791. 42 U.S.C. § 2000e-3; 42 U.S.C. § 12203; 29 U.S.C. § 2615; and First Amendment Retaliation; also, disability discrimination under: 29 CFR 1614.203

12.  The defendant [*check only those that apply*]

(a)☐     failed to hire the plaintiff.

(b)☐     terminated the plaintiff's employment.

(c)☐     failed to promote the plaintiff.

(d)☐     failed to reasonably accommodate the plaintiff's religion.

(e)☒     failed to reasonably accommodate the plaintiff's disabilities.

(f)☒     failed to stop harassment;

(g)☒     retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☒     other (specify):  Hostile Work Environment

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

The Plaintiff was a former employee of the United States Postal Services;
The Plaintiff's home office was the Chicago Network Distribution Center in Forest Park, IL.;
The Plaintiff has a long history of EEOC activity against the USPS;
The Plaintiff has an active workers' compensation claim from an injury date of 02/17/2015;
The Plaintiff has been receiving compensation from said injury from July 14, 2016 till present;

In general the Central Illinois Health & Resource Management has consistently willfully interfered in the Plaintiff's workers' compensation claims;

the foregoing actions are part of a long going continuing violation towards the Plaintiff coupled with consistent systemic retaliatory and discriminatory conduct by the HRM Agents in conjunction with other agents of the USPS due to the Plaintiff's prior EEOC activity and Office of Workers' Compensation activity, the two of which are equally interwoven with each other; See Additional Pages...

14.     [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ■ YES ☐ NO

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐     Direct the defendant to hire the plaintiff.

(b) ☐     Direct the defendant to re-employ the plaintiff.

(c) ☐     Direct the defendant to promote the plaintiff.

(d) ☐     Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ■     Direct the defendant to (specify):  Cease and Desist all Workers' Compensation

Claim Intereference; Cease and Desist all retaliatory and discrimantory conduct toward the Plaintiff

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Item 13 continued…

On March 04, 2017 I became aware of several discriminatory and retaliatory actions taken by the USPS Agency Official(s):

1) On October 04, 2016 Agency Responsible Officials intentionally made a false or fraudulent material statement or material representation for the purpose of obtaining workers' compensation at less than the proper rate (reprisal);

2) On October 18, 2016 The Agency Responsible Officials intentionally made false/misleading statements and disparaging remarks about the Complainant with intention to harm the Complainant (reprisal);

3) On October 18, 2016 The Agency Responsible Officials failed to accommodate the Complainant's accepted occupational illness (reprisal);

4) On October 24, 2016 The Agency Responsible Officials intentionally misquoted a licensed Medical Professional with intention to harm the Complainant (reprisal);

5) On October 25, 2016 The Agency Responsible Officials failed to accommodate the Complainant's accepted occupational illness (reprisal);

6) On October 25, 2016 The Agency Responsible Officials intentionally misquoted a licensed Medical Professional with intention to harm the Complainant (reprisal);

7) On October 25, 2016 The Agency Responsible Officials intentionally made false/misleading statements and disparaging remarks about the Complainant with intention to harm the Complainant (reprisal);

8) On November 03, 2016 The Agency Responsible Officials intentionally made several false/misleading statements and disparaging remarks about the Complainant with intention to harm the Complainant (reprisal);

9) On November 14, 2016 The Agency Responsible Officials submitted a false report to the OWCP (reprisal);

10) On November 16, 2016 The Agency Responsible Officials made false/misleading statements and disparaging remarks about the Complainant with intention to harm the Complainant;

11) On December 12, 2016 The Agency Responsible Officials failed/refused to submit the entire OWCP CA-2 claim of the Complainant, in a timely manner in accordance with the law;

12) On December 12, 2016 The Agency Responsible Officials submitted a false statement, misrepresentation, and a concealment of fact in respect to the Complainant's OWCP CA-2 claim;

13) On December 27, 2016 The Agency Responsible Officials failed/refused to submit the entire OWCP CA-2 claim of the Complainant, in a timely manner in accordance with the law;

14) On December 27, 2016 The Agency Responsible Officials submitted false evidence into the Complainant's OWCP CA-2 claim;

15) On January 03, 2017 The Agency Responsible Officials failed/refused to submit relevant evidence submitted to their Office by the Complainant in regards to the Complainant's OWCP CA-2 claim (continuing violation);

16) On January 04, 2017 The Agency Responsible Officials intentionally made several false/misleading statements and disparaging remarks about the Complainant with intention to harm the Complainant (reprisal);

17) On January 05, 2017 The Agency Responsible Officials stated there was a standing Postal Policy; **prior to the issuance of the Complainant's removal**; not to allow the Complainant "back to work or in the building" due to the Complainant's mental disabilities;

18) On January 05, 2017 The Agency Responsible Officials made false, misleading, and contradictory statements to prior testimonies; and also disparaging remarks about the Complainant with intention to harm the Complainant; and

19) On January 05, 2017 The Agency Responsible Officials referenced several prior privacy violations, and improper disclosure on their Agencies part

20) Overall Agency Responsible Officials took steps to harm the Plaintiff by discreet and overt workers' compensation claim interference as well as other adverse actions, and psychological torment derived from these adversative actions, to which all parties had prior knowledge of the Plaintiff's mental health conditions and challenges

**(With this submission the Plaintiff emphatically states he does not waive the right to subsequently file any similar acts with the district court regarding similar treatment still pending before the EEOC. Any other actions administratively exhausted through the EEOC forum still pending will have different times and dates, this matter is a continuing violation of all prior discriminatory and retaliatory conduct.)**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Cease and Desist criminal activity towards the Plaintiff regarding Workers Compensation or otherwise;

Adhere to the directions of the Office of Workers' Compensation regarding the Plaintiff;

Cease and Desist continuing systemic discriminatory and retaliatory violations and conduct

towards the Plaintiff; Bar all Central Illinois District Health & Resource Management Employees from handling or interacting in anyway with the Plaintiff or the Plaintiff's Claims Examiners regarding his open, pending, future, appealed, reconsidered, or any Workers' Compensation matter

(g) ■ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ■ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

(Plaintiff's name)

Immanuel J. Kyle

(Plaintiff's street address)

11329 S. Yale Ave.

(City) Chicago        (State) Illinois    (ZIP) 60628

(Plaintiff's telephone number) ( 773 ) – 844 3155

Date: 10/23/2017

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]